Joseph R. Manning, Jr., Esq. (SBN 223381)
**MANNING LAW, APC**
20062 SW Birch St., Suite 200 Newport Beach, CA 92660
Tel: (949) 200-8755 Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff:
JAMES RUTHERFORD

Harry S. Stern (SBN 176854)
**RAINS LUCIA STERN ST. PHALLE& SILVER, PC**
220 Montgomery Street, 15th Floor
San Francisco, CA 94104
Tel: (415) 341.9341 / Fax: (925) 609.1690
HStern@RLSlawyers.com

Attorneys for Defendant
BRIDGECREEK GARDEN GROVE, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>BRIDGECREEK GARDEN GROVE, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.:  8:21-cv-00345-DOC-DFM<br><br>Hon.  David O. Carter<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  February 22, 2021<br>Trial Date:  None Set |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff, JAMES RUTHERFORD, and Defendant, BRIDGECREEK GARDEN GROVE, LLC (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: May 21, 2021         **MANNING LAW, APC**

By:   */s/ Joseph R. Manning, Jr. Esq.*
      Joseph R. Manning, Jr., Esq.
      Attorneys for Plaintiff,
      James Rutherford

Dated: May 21, 2021         **RAINS LUCIA STERN ST.
                             PHALLE& SILVER, PC**

By:   */s/ Harry S. Stern*
      Harry S. Stern
      Attorney for Defendant,
      Bridgecreek Garden Grove, LLC

### CERTIFICATE OF SERVICE

I certify that on May 21, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: May 21, 2021         **MANNING LAW, APC**

By:   */s/ Joseph R. Manning, Jr. Esq.*
      Joseph R. Manning, Jr., Esq.
      Attorneys for Plaintiff
      James Rutherford

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# SIGNATURE ATTESTATION

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: May 21, 2021              **MANNING LAW, APC**

                           By:     */s/ Joseph R. Manning, Jr. Esq.*
                                 Joseph R. Manning, Jr., Esq.
                                 Attorneys for Plaintiff
                                 James Rutherford